**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 15CR1928-LAB |
| Plaintiff, | ORDER ADOPTING FINDINGS |
| | AND RECOMMENDATION |
| V. | |
| JOSEPH BUDDENBERG (1), | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Counts(s) ONE of the Indictment .

Dated:   March 16, 2016

Larry Alan Burns
United States District Judge