# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　V.<br><br>NICOLE KISSANE (2),<br><br>　　　　　　　　　　Defendant. | Criminal Case No. 15CR1928-LAB<br><br>ORDER ADOPTING FINDINGS<br><br>AND RECOMMENDATION |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Counts(s) ONE of the Indictment .

Dated:   March 16, 2016

_____
Larry Alan Burns
United States District Judge

15CR1928-LAB