UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DAVID H. BARTICK)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**NICOLE KISSANE (2),**<br><br>Defendant. | Case No.   15CR1928-LAB (DHB)<br><br>ORDER GRANTING MOTION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |

**IT IS HEREBY ORDERED** that the Defendant, Nicole Kissane, is permitted to travel to Pasadena, California from April 8th through April 10th, 2016.

All other conditions remain the same.

**SO ORDERED.**

DATED: March 22, 2016

_____
**HON. DAVID H. BARTICK**
United States Magistrate Judge